JOHN M. TARRH v. SOUTHERN RAILWAY COMPANY AND
S. W. SIMERSON.

(Filed 5 December, 1928.)

APPEAL by Southern Railway Company from an order of *Oglesby, J.,* overruling its demurrer to the complaint. From ROWAN. Affirmed.

*C. L. Coggin and John C. Busby for plaintiff.*
*Linn & Linn for Southern Railway Company.*

PER CURIAM. The Southern Railway Company demurred to the complaint on the ground of a misjoinder of parties and causes of action. The demurrer was overruled and the Railway Company appealed. We have given careful attention to the record and the brief filed by the learned counsel for the appellant, but we find no sufficient cause for reversing the judgment.

Affirmed.